UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LEOBARDO CHAVEZ BARRIENTOS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHRISTOPHER CHESTNUT, Warden of California City Detention Facility, et al.,<br><br>　　　　Respondents. | No. 1:26-cv-0037 WBS CSK<br><br>ORDER |

----oo0oo----

Petitioner Leobardo Chavez Barrientos has filed a motion for preliminary injunction. (Docket No. 3.) The United States shall file any opposition to petitioner's motion no later than **January 20, 2026, at 12:00 p.m.** The United States is instructed in its opposition to detail the reasons for petitioner's detention and to provide a summary of petitioner's interactions with immigration enforcement authorities to date. Petitioner may file a reply no later than seven (7) days from the date of the filing of the United States' opposition. The court

1

1  will then take the motion under submission and will inform the
2  parties if oral argument or further proceedings are necessary.
3          IT IS SO ORDERED.
4  Dated: January 7, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE