BONITA S. GUTIERREZ (SBN 303648)
Open Immigration Legal Services
1939 Harrison Street, Ste. 715
Oakland, CA 94612
Tel: (424) 433-2801
Fax: (424) 208-0095
bonita@openimm.org

*Attorney for Petitioner*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO CHAVEZ BARRIENTOS,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | Case No. 1:26-CV-0037 WBS CSK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER RE BRIEFING SCHEDULE**<br><br>Re: Docket No. 25 |

The parties, through counsel, submit this stipulated briefing schedule to respond to the Court's Findings and Recommendations and extend the time that Petitioner may file objections and Respondents may file any reply. *See* Docket No. 25. There have been no prior modifications of the filing deadlines set forth in the Findings and Recommendations. *Id*.

The parties hereby stipulate and respectfully request that Petitioner may file objections to the Court's Findings and Recommendations by Nov. 11, 2026, and Respondents may file any reply by Nov. 18, 2026.

Dated: October 26, 2026

Respectfully submitted,

*/s/ Bonita S. Gutierrez*___________
BONITA S. GUTIERREZ

*Attorney for Petitioner*

ERIC GRANT
United States Attorney

*/s/ Jonathan H. Yu*
JONATHAN H. YU
Assistant United States Attorney

*Attorneys for Respondents*

ORDER

IT IS HEREBY ORDERED that, good cause appearing, the Court approves the parties' stipulation (ECF No. 26). Petitioner's objections to the findings and recommendations, if any, shall be filed by November 11, 2026, and respondents' reply, if any, shall be filed by November 18, 2026.

Dated: October 26, 2026

Chi Soo Kim
_______________________________
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/barr0037.stip.2241.imm